

# NUMBER 13-21-00202-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI − EDINBURG

SELEDONIO CONDE AND
ALL OCCUPANTS,                                                      Appellants,

v.

MANUEL GUADALUPE MARROQUIN,                        Appellee.

**On appeal from County Court at Law No. 5
of Nueces County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Silva
Order Per Curiam**

On June 24, 2021, appellant Seledonio Conde filed an "Opposed Emergency Motion for Temporary Relief," requesting that this Court order the trial court to set a supersedeas bond, and if necessary, stay or abate the issuance of any writ of possession in the time required for a bond to be set. We issued a stay for fifteen (15) days to allow

the trial court to set the bond.

On July 12, 2021, the trial court held a hearing and set the supersedeas bond at $8,000.00. Conde has notified this Court that he was under the mistaken impression that only a portion of the bond was required and cannot pay the bond amount. On July 15, 2021, Conde filed a "Motion to Reduce Supersedeas Bond" with the trial court, which remains pending. On July 20, 2021, stating he had not been copied on the motion to reduce bond, Marroquin filed a "Motion for Writ of Possession," which also remains pending before the trial court.

After examining and fully considering appellant's motion, we continue appellant's motion insofar as we STAY the issuance of any writ of possession for a period of thirty (30) days to allow the trial court time to make its rulings. During this period, the trial court is allowed to proceed forward in regard to the motion for reduction of bond. All matters contained within the "Opposed Emergency Motion for Temporary Relief" are carried with the case.

PER CURIAM

Delivered and filed on the
27th day of July, 2021.